```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 29772
    BERNARD L NEEL
    DONNA M NEEL                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0596    SSN XXX-XX-4088


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 08/11/04 and confirmed on 10/12/04.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  37415.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| BANCO POPULAR NORTH AMER | SECURED VEHIC | 2516.00 | 108.78 | 2516.00 |
| DAIMLER CHRYSLER FINANCI | SECURED | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| SILVERLEAF RESORT INC | SECURED | .00 | .00 | .00 |
| WICKES | SECURED | 1200.00 | 20.51 | 1200.00 |
| AMOCO OIL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8377.95 | .00 | 6554.01 |
| THE AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 1950.88 | .00 | 1526.16 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11733.31 | .00 | 9178.88 |
| CREDIT UNION 1 | UNSECURED | 8224.74 | .00 | 6434.15 |
| DISCOVER | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 891.71 | .00 | 697.58 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 963.82 | .00 | 753.99 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 839.68 | .00 | 656.88 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 339.09 | .00 | 265.27 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 1494.64 | .00 | 1169.25 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 880.50 | .00 | 688.81 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 1513.15 | .00 | 1513.15 |
| CHASE HOME FINANCE | COST OF COLLE | 395.00 | .00 | 395.00 |

```
CHASE HOME FINANCE          COST OF COLLE      180.00           .00        180.00
BANCO POPULAR NORTH AMER  UNSECURED            207.45           .00        162.29
      Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5229.15       575.00     35903.77         .00      41707.92
PRINCIPAL PAID      5229.15       575.00     28087.27         .00      33891.42
INTEREST PAID        129.29          .00          .00         .00        129.29
TOTAL PAID          5358.44       575.00     28087.27         .00      34020.71
```

The Debtor's attorney, JOHN C RENZI                  , was allowed $   2420.00
and was paid $    700.00  direct and $   1720.00  through the plan.

The Trustee received $   1674.29 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/12/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 29772 BERNARD L NEEL & DONNA M NEEL